**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

YASIN SHAHID MUHAMMAD, CASE NO. 1:26-cv

Plaintiff,

vs.

TRANS UNION LLC,

Defendant.

---

## TRANS UNION LLC'S NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC ("Trans Union") hereby removes the subject action from the Justice of the Peace Court of the State of Delaware in and for New Castle County, Court No. 13 to the United States District Court for the District of Delaware, on the following grounds:

1. Plaintiff Yasin Shahid Muhammad served Trans Union on or about August 31, 2026, with a Summons and Statement of Claim filed in the Justice of the Peace Court of the State of Delaware in and for New Castle County, Court No. 13. Copies of the Summons and Statement of Claim are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**. Plaintiff also served Trans Union with a form Defendant's Answer to the Complaint and Certificate of Representation, attached hereto as **Exhibit C**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (the "FCRA"), alleges that Trans Union violated the FCRA, and alleges that Trans Union is liable under the FCRA. *See generally* Statement of Claim.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Justice of the Peace Court of the State of Delaware in and for New Castle County, Court No. 13, to the United States District Court for the District of Delaware.

5. Notice of this removal will promptly be filed with the Justice of the Peace Court of the State of Delaware in and for New Castle County, Court No. 13, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Justice of the Peace Court of the State of Delaware in and for New Castle County, Court No. 13, to this United States District Court, District of Delaware.

Date: September 15, 2026

Respectfully submitted,

*/s/ Blake A. Bennett*

Blake A. Bennett (#5133)
Cooch and Taylor, P.A.
1000 N. West St., Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
E-Mail: bbennett@coochtaylor.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **15th day of September 2026**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Yasin Shahid Muhammad<br>206 South Thomas Lane<br>Newark, DE 19711 | |

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)